

**LaDelle Abilez, CSR**
Official Court Reporter
200th Judicial District Court
Travis County, Texas

P.O. Box 1748
Austin, Texas 78767
(512) 854-9325

December 30, 2014

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2457

Re: Third Court of Appeals Cause No. 03-14-00518-CV
   Trial Court Cause No. D-1-GN-14-001582
   *James Poe and Senior Retirement Planners, LLC vs. Eduardo S. Espinosa in his*
   *Capacity as Receiver of Retirement Value, LLC*

Dear Mr. Kyle,

The Reporter's Record is due in your court today, December 30, 2014.

I am requesting an extension because of my current workload with other appeals and records due. I respectfully request a 30-day extension.

Thank you in advance for your consideration in this matter.

     Sincerely,

     */s/ LaDelle Abilez*

     LaDelle Abilez,
     Official Court Reporter